modified affirmed, with costs to the plaintiff.   Blackmar, P. J., Mills, Rich and Manning, JJ., concur; Jaycox, J., dissents.

EVA WILLIAMS, Appellant, v. ARISTIDES VAROUNIS and VASILIKE MARAVEL, Copartners, etc., Respondents.— Judgment unanimously affirmed, with costs.   (See *Muller* v. *Hillenbrand*, 227 N. Y. 448; *Mott* v. *Consumers' Ice Co.*, 73 id. 543; *Froomkin* v. *Brooklyn Daily Eagle Co.*, 113 App. Div. 443.)   Present — Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

FRANK KOPF, Respondent, v. JOSEPH SCHLIESSMAN and KATHERINE SCHLIESSMAN, Appellants.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

ADAM E. SALA, Appellant, v. THE PEOPLES NATIONAL BANK, Respondent.— Application denied, with ten dollars costs.   (See *Handy* v. *Butler*, 183 App. Div. 359.)

MILNOR WILEY and WILLIAM C. MORRIS WILEY, Respondents, v. BLANCHE FRIEDMAN and ARTHUR O. FRIEDMAN, Appellants.— Application denied, with ten dollars costs.   (See *Handy* v. *Butler*, 183 App. Div. 359.)

ADAM E. SALA, Appellant, v. THE PEOPLES NATIONAL BANK, Respondent.— Application denied, with ten dollars costs.